Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the District of

Southern District of Florida

Division

Bankruptcy Court



FILED BY ___ D.C.

JAN 04 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

|  |  |
|---|---|
| His Imperial Highness Dom Marcellus, Marcelo Meirelles de Carvalho, Marcelo Meirelles, QCTECH, Corp, Quality Construction Technologies, Corp, East Biscayne Gates LLC, Marcelo M de Carvalho, Marcelo Carvalho, Joe Doe.<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>United States of America, US Courts, White House, Donald Trump, Hillary Rodham Clinton, George Bush, Barack Obama, Ronald Reagan, Ray Raymond, FBI, CIA, Brazilian Embassy, Russian Embassy, United Kingdom Embassy, German Embassy, Portuguese Embassy, Austrian Embassy, State of Florida, State of New York, HCC Holding.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No.  13-13353-RBR<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | H.I.H. Dom Marcellus, aka, Marcelo Meirelles de Carvalho |
   | Street Address | 540 NE 55th Street |
   | City and County | Miami |
   | State and Zip Code | Florida 33137 |

| | |
|---|---|
| Telephone Number | 305 751 4999 & 305 992 3426 |
| E-mail Address | mail@qctech.net |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNITED STATES OF AMERICA |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | US COURTS |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | WHITE HOUSE |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 4

| | |
|---|---|
| Name | Donald Trump, Hillary Rodham Clinton, George Bush, Barack Obama, Ronald Reagan, Ray Raymond, FBI, CIA, Brazilian Embassy, Russian Embassy, United Kingdom Embassy, German Embassy, Portuguese Embassy, Austrian Embassy, State of Florida, State of New York and Huston Casualty Company HCC Holdings. |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties     is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of     another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a     diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

The basis for federal court jurisdiction is:

(X) Federal Question          (X) Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Adversary case was filed on US COURTS website, entered on December 29, 2018 at 4:00 AM, in which H.I.H. D. Marcellus reiterates the denounced Crimes Against Humanity, ref.: https://drive.google.com/open?id=1eT5UzuGvYl_yLtKbbdeX9jB6G8fP9hLg, by "Zionist Organized Government (ZOG)", International Criminal Organization, among the Crimes is quoted the DISMANTLE of US GOVERNMENT [EXECUTIVE, LEGISLATIVE & JUDICIARY], GENOCIDE, HUMAN CLONING, DISMANTLE OF ECONOMY, ELECTORAL FRAUDS, AND FORMATION OF TYRAN GOVERNMENTS by WORLD JEWRY.

Additionally, H.I.H. reiterates his motion, ref. to USPS CERT MAIL #70131090000027718776 served on December 10, 2018 at 1:41 PM and Supplement on December 29, 2018 at 4:00 AM and enclosures, supporting evidences, at google drive https://drive.google.com/open?id=1eT5UzuGvYl_yLtKbbdeX9jB6G8fP9hLg . His Majesty thru the subject Marcelo Meirelles de Carvalho invoked INA: ACT 340 - REVOCATION OF NATURALIZATION, and therefore ORDERED to COURTS to REVOKE THE IMPERIAL HIGHNESS NATURALIZATIONS and CITIZENSHIPS on grounds of the law in the time of Admission of Subject for Work Permit (H1B) and Permanent Residence (1996), due to FRAUD BY THE UNITED STATES OF AMERICA, IN SPECIAL TO THE SERVICE OF INTELLIGENCE, EXECUTIVE and US COURTS BY OFFICERS OF THE COURTS.

Additionally ATTORNEY and US OFFICER RICHARD BURTON' duty was invoked to institute proceedings in accordance with Sec. 340. [8 U.S.C. 1451] ACT 340 - Revocation of Naturalization. Mr. Burton has all the information to proceed with his DUTY as officer of The US courts Southern District.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) Marcelo Meirelles de Carvalho, is a citizen of the

    State of (name) Florida, USA and resident in Brasília and a citizen of Brazil.

    b. If the plaintiff is a corporation

    The plaintiff, (name) QCTECH, Corp., Quality Construction Technologies, Corp, East Biscayne Gates LLC, is incorporated

    under the laws of the State of (name) Florida,

    and has its principal place of business in the State of (name)

    540 NE 55th Street, Miami, FL 33137

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

        The defendant, *(name)* Donald Trump, Hillary Rodham Clinton, George Bush, Barack Obama, Ronald Reagan, Ray Raymond, is residente in the City of *(name)* _____. and is a citizen of *(foreign nation)* different countries and it includes Russian for all, Kenyan for Barack Obama, and American for all except Barack Obama.

    b.    If the defendant is a corporation

        The defendant, *(name)* State of Florida & State of New York, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    "Financial/Insurance fraud of Professional Liability Policy. Defender : HCC Huston Casualty Company, an international insurance holding from New York involved, Plot, in the world FRAUD - USURPATION."

## III. Statement of Claim

    Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

As far it is acknowledged by Plaintiff Subject, since his admission as alien in the USA.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Ref.: https://drive.google.com/open?id=1eT5UzuGvY1_yLtKbbdeX9jB6G8fP9hLg event described on October 1st, 2013 (False Imprisonment at Brazilian Embassy - Miami General Consulate by City of Miami Police Department and confinement in the Jackson Memorial Hospital as indigent Marcelo Meirelles, and October 3rd, 2013 second Assault and False Imprisonment by City of Miami Police Department [SWAT team] with involvement of FBI and CIA and Brazilian Embassy, and October 4th, 2013 ( US COURT ORDER TO TESTIFY IN CASE 13-13353-RBR  CH11 of Subject Marcelo Meirelles de Carvalho SS# 592 29 6956 bankruptcy) Preclusion due to be kept in captive by Jackson Memorial Hospital, Henry Joseph, MD, KGB SPY AND TRAITOR OF THE USA.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Refer to DCA 3rd District of Appeals , Motion to Hearing - Aimed to Denounce Financial Frauds [including in Civil Construction Industry in Florida since 1992, admission of subject in the USA], and Crimes  in Violation of Civil Rights and Citizenship due to false arrest and imprisonment and false diagnose of fatal disease HIV/AIDS by Corlk Steinhart, MD & Associates) Case #3D14-697, ref.: https://drive.google.com/open?id=1eT5UzuGvY1_yLtKbbdeX9jB6G8fP9hLg, FBI, CIA, INTERPOL, KGB among other Intelligence Agencies.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation         could not be measured.

It is virtually impossible at the present time to introduce damages since the crimes are in course  and requires form the Department of HomeLand Security Actions.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the above mentioned. It is imperative that US COURTS invoke the international Treaties and the United Nations Resolutions. As an interim resolution, the subject is under Universal Protection [immunity] of United Nations, and entered "Protective Orders" in the US COURTS in many and all cases involving Plaintiff to protect his and associates personal integrity, in special of FBI Officer Kevin Lonnie Hinds and his family.

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I do not agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. The current address on file and with the Clerk's Office and world intelligence agencies is 540 NE 55th Street, Miami, FL 33137, further no paper or direct and or indirect contact to His Imperial Highness Dom Marcelo, Subject Marcelo Meirelles de Carvalho, is permitted.

Date of signing: December 31, 2018 at 4:25AM

Signature of Plaintiff       H.I.H. Dom Marcellus

Printed Name of Plaintiff    Subject Marcelo Meirelles de Carvalho, P.E., M.Sc. Eng.

#### B. For Attorneys

H.I.H. Dom Marcellus
Date of signing:    December 31, 2018 at 4:27AM

Enclosure: email sent on 12 29 2018: ❗ REVOCATION OF NATURALIZATION of H.I.H. D Marcellus - ref.: https://drive.google.com/open?id=1eT5UzuGvYl_yLtKbbdeX9jB6G8fP9hLg..FBI/CIA/INTERPOL ❗

"Another motion for adversary case was filed on US COURTS WEBSITE, entered on December 29, 2018 at 4:00 AM, in which H.I.H. D. Marcellus reiterates the Denounced CRIMES, ref.: https://drive.google.com/open?id=1eT5UzuGvYl_yLtKbbdeX9jB6G8fP9hLg, AGAINST HUMANITY by Zionist Organized Government (ZOG), inter alias, Dismantle of US Government [EXECUTIVE, LEGISLATIVE & JUDICIARY], GENOCIDE, HUMAN CLONING, DISMANTLE OF ECONOMY, ELECTORAL FRAUDS, AND FORMATION OF TYRAN GOVERNMENTS - WORLD JEWRY - CRIMINAL ORGANIZATION.

Additionally, H.I.H. reiterates his motion, ref. to INA: ACT 340 - REVOCATION OF NATURALIZATION and therefore ORDER to US COURTS to REVOKE THE IMPERIAL HIGHNESS NATURALIZATION on grounds of the law in the time of Admission of Subject for work permit and permanent residence, due to fraud of US COURTS BY OFFICERS OF THE COURTS then FRAUD BY THE UNITED STATES OF AMERICA, IN SPECIAL TO THE SERVICE OF INTELLIGENCE.

ATTORNEY and US Court Officer Richard Burton has the necessary information to proceed with his DUTY as officer of the courts.


Guide Yourself Accordingly,


His Imperial Highness Dom Marcellus
Subject Marcelo Meirelles de Carvalho, PE, MSc.Eng. SS#592 29 6956


INA: ACT 340 - REVOCATION OF NATURALIZATION


Sec. 340. [8 U.S.C. 1451]

(a) It shall be the duty of the United States attorneys for the respective districts, upon affidavit showing good cause therefor, to institute proceedings in any district court of the United States in the judicial district in which the naturalized citizen may reside at the time of bringing suit, for the purpose of revoking and setting aside the order admitting such person to citizenship and canceling the certificate of naturalization on the ground that such order and certificate of naturalization were illegally procured or were procured by concealment of a material fact or by willful misrepresentation, and such revocation and setting aside of the order admitting such person to citizenship and such canceling of certificate of naturalization shall be effective as of the original date of the order and certificate, respectively: Provided, That refusal on the part of a naturalized citizen within a period of ten years following his naturalization to testify as a witness in any "proceeding before a congressional committee concerning his subversive activities, in a case where such person has been convicted for contempt for such refusal, shall be held to constitute a ground for revocation of such person's naturalization under this subsection as having been procured by concealment of a material fact or by willful misrepresentation. If the naturalized citizen does not reside in any judicial district in the United States at the time of bringing such suit, the proceedings may be instituted in the United States District Court for the District of Columbia or in the United States district court in the judicial district in which such person last had his residence."

✶ SENT VIA USPS CERT. MAIL #EM 089 75621 US